**UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**

STACY PARILLO, individually and on behalf of
all others similarly situated,

                                                     **Case No. 0:26-cv-01840**

*Plaintiff,*

   vs.

AMERISAVE MORTGAGE CORPORATION.,

*Defendant.*

_____/

**NOTICE OF SETTLEMENT**

Plaintiff, Stacy Parillo, by and through undersigned counsel, hereby gives notice that the parties have reached a confidential settlement with respect to Plaintiff's individual claims. Plaintiff and Defendant are in the process of finalizing their settlement agreement. Plaintiff anticipates filing a notice of dismissal within thirty (30) days.

Dated: July 23, 2026                Respectfully submitted,

                                    */s/ Paul J. Doolittle*
                                    Paul J. Doolittle, Esq. (Fed ID No. 6012)
                                    **POULIN | WILLEY | ANASTOPOULO, LLC**
                                    32 Ann Street
                                    Charleston, SC 29403
                                    Telephone: 803-222-2222
                                    Email: paul.doolittle@poulinwilley.com
                                    cmad@poulinwilley.com

                                    *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 23, 2026, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel identified below via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner.

*/s/ Paul J. Doolittle*
Paul J. Doolittle, Esq. (Fed ID No. 6012)